IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                               Case No. 07-10008-03

BROCK A. MILFORD,

        Defendant.

## ORDER

NOW on this 14th day of February, 2017, this matter comes on for hearing on Defendant's Motion for Early Termination of Supervised Release. The United States Probation Office and the Assistant United States Attorney have no objection to Defendant's early termination.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the term of supervised release ordered in this case shall be terminated immediately.

IT IS SO ORDERED.

                                                      s/ J. Thomas Marten
                                                      J. THOMAS MARTEN, JUDGE